UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE KAPLAN

LIFE RECEIVABLES TRUST,

           Plaintiff,

-v.-

GOSHAWK SYNDICATE 102 at LLOYD'S,

           Defendant.

Civil Action No.

**08 CV 3675**

**RULE 7.1 STATEMENT**

APR 17 2008
U.S.D.C. S.D.N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Life Receivables Trust ("LRT") states that LRT is a Delaware statutory trust and has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

New York, New York
April 16, 2008

           SEWARD & KISSEL LLP

           By: _____
           Dale C. Christensen, Jr.
           One Battery Park Plaza
           New York, New York 10004
           (212) 574-1200
           Attorneys For Plaintiff

SK 23236 0002 874173