*KAPLAN, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIFE RECEIVABLES TRUST,

                Plaintiff,

- v. -

GOSHAWK SYNDICATE 102 at LLOYD'S,

                Defendant.

No. 08 CV 3675 (LAK)

**ORDER TO SHOW CAUSE**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/08

UPON the annexed complaint filed April 17, 2008, the affidavit of Bruce G. Paulsen., sworn to April 21, 2008 and the exhibits thereto, and upon the accompanying memorandum of law, and sufficient cause appearing therefor; it is hereby

ORDERED, that defendant Goshawk Syndicate 102 at Lloyd's show cause before a motion term of this Court, at Room 12D, United States Courthouse, 500 Pearl St, in the City, County and State of New York, New York, at 2:15 pm o'clock ~~in the noon~~ on April 24, 2008, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure voluntarily dismissing this action without prejudice; and (ii) granting such other and further relief as to the Court seems just and proper; and it is further

ORDERED, that answering papers, if any, shall be filed and served no later than 5:00 p.m. on April 23, 2008 ~~by hand upon Seward & Kissel LLP, counsel to Plaintiff;~~ and it is further

ORDERED, that reply papers, if any, shall be filed and served ~~on counsel for Defendant~~ by hand no later than 10 a.m. on April 24, 2008; and it is further

ORDERED, that personal service of this Order to Show Cause and the accompanying papers on behalf of Life Receivables Trust upon

(i) Mendes & Mount LLP, 750 7th Avenue, New York, NY 10019-6829, U.S.A., designated agents for service of process upon defendant Goshawk Syndicate 102 at Lloyd's, and

(ii) Barger & Wolen LLP, Attention R. Steven Anderson, Esq. and Evan L. Smoak, Esq., 10 East 40th St., 40th Floor, New York, NY 10016-0301, counsel for defendant Goshawk Syndicate 102 at Lloyd's and its sole members for the 2000 and 2001-2003 years of account respectively, Goshawk Dedicated Limited and Kite Dedicated Limited in the arbitrations underlying this matter,

on or before __3 pm__ o'clock ~~in the~~ ~~noon~~, April 22, 2008, shall be deemed good and sufficient service thereof.

DATED: New York, New York
ISSUED: April 22, 2008

_____
United States District Judge

SK 23236 0002 876147

2