UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIFE RECEIVABLES TRUST,<br><br>                    Plaintiff,<br><br>         - v -<br><br>GOSHAWK SYNDICATE 102 at<br>LLOYD'S,<br><br>                    Defendants. | 08 Civ. 3675 (LAK)<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK  )
                   : SS.:
COUNTY OF NEW YORK )

    JONATHAN BARRERA, being duly sworn, deposes and says:

    1.   I am not a party to this action, am over 18 years of age, am a licensed process server (#1241578) and am employed by the firm of Seward & Kissel, One Battery Park Plaza, New York, New York, 10004.

    2.   On April 17, 2008 at approximately 11:56 a.m., I served true copies of the Order to Show Cause, signed by Judge Kaplan on April 14, 2008, Memorandum of Law in Support of Motion to Enjoin Arbitration, Affidavit of Dale C. Christensen in Support of Motion to Enjoin Arbitration, on Goshawk Syndicate 102 at Lloyd's, by serving its registered agent of service, Mendes & Mount, LLP, located at 750 Seventh Avenue, New York, New York 10019, by

SK 23236 0002 875847

personally delivering to and leaving true copies thereof with George Lock, partner at Mendes & Mount, who stated he was authorized to accept said service on Syndicate 102's behalf.

3. I describe Mr. Lock as a Caucasian male approximately 55 years of age, approximately 5'8" tall, weighing approximately 190 lbs. with reddish hair, and blue eyes.

4. Pursuant to the order of Judge Kaplan signed on April 14, 2008, on April 17, 2008, at approximately 12:43 p.m., I served true copies of the Order to Show Cause, Memorandum of Law in Support of Motion to Enjoin Arbitration, and the Affidavit of Dale C. Christensen in Support of Motion to Enjoin Arbitration on Goshawk Syndicate 102 at Lloyd's, by serving Barger & Wolen, LLP, attorneys for Goshawk, located at 10 East 40th Street, New York, New York 10016, by personally delivering to and leaving true copies thereof with Robert S. Anderson, partner at Barger & Wolen, who stated he was authorized to accept said service on Syndicate 102's behalf. I also served Barger & Wolen true copies of the Summons and Complaint dated April 16, 2008, Rule 7.1 Statement, Civil Cover Sheet, and Judge Kaplan's and Magistrate Judge Katz's Individual Practices

SK 23236 0002 875847

5.   I describe Mr. Anderson as a Caucasian male approximately 60 years of age, approximately 5'10" tall, weighing approximately 210 lbs. with gray hair, and a gray mustache.

*[signature]*
JONATHAN BARRERA

Sworn to before me this
23rd day of April, 2008

*[signature]*
Notary Public

ROBERT ALBERTY
Notary Public, State of New York
No. 01AL6080612
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires September 16, 20 10