AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

LIFE RECEIVABLES TRUST, Plaintiff,

V.

GOSHAWK SYNDICATE 102 AT LLOYD'S, Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CV 3675**

**JUDGE KAPLAN**

TO: (Name and address of Defendant)

Goshawk Syndicate 102 at Lloyd's
c/o Mendes & Mount
750 Seventh Avenue
New York, NY 10019-6829

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Dale C. Christensen, Jr.
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
212-574-1200

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE   APR 17 2008

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
               Date                    Signature of Server

                                 Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LIFE RECEIVABLES TRUST,

      Plaintiff,

-v-

GOSHAWK SYNDICATE 102 at LLOYD'S,

      Defendants.

---

08 Civ. 3675 (LAK)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
       : SS.:
COUNTY OF NEW YORK )

  JONATHAN BARRERA, being duly sworn, deposes and says:

  1. I am not a party to this action, am over 18 years of age, am a licensed process server (#1241578) and am employed by the firm of Seward & Kissel, One Battery Park Plaza, New York, New York, 10004.

  2. On April 17, 2008 at approximately 11:56 a.m., I served true copies of the Summons and Complaint, dated April 16, 2008, Rule 7.1 Statement, Civil Cover Sheet, and Judge Kaplan's and Magistrate Judge Katz's Individual Practices on Goshawk Syndicate 102 at Lloyd's, by serving its registered agent for process, Mendes & Mount, LLP, located at 750 Seventh Avenue, New York, New York 10019, by personally delivering to and leaving true copies thereof

SK 23236 0002 875843

with George Lock, partner at Mendes & Mount, LLP., who stated he was authorized to accept said service on Syndicate 102's behalf.

3.    I describe Mr. Lock as a Caucasian male approximately 55 years of age, approximately 5'8" tall, weighing approximately 190 lbs. with reddish hair, and blue eyes.

_____
JONATHAN BARRERA

Sworn to before me this
23rd day of April, 2008

_____
Notary Public

ROBERT ALBERTY
Notary Public, State of New York
No. 01AL6080612
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires September 16, 20__

SK 23236 0002 875843