```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
LIFE RECEIVABLES TRUST,

            Plaintiff,

-against-                                       08 Civ. 3675 (LAK)

GOSHAWK SYNDICATE 102 AT LLOYD'S,

            Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge*.

        Plaintiff's motion for an order of voluntary dismissal without prejudice is granted on consent. The action is dismissed without prejudice and without costs.

        SO ORDERED.

Dated:      April 23, 2008

                                               _____
                                                   Lewis A. Kaplan
                                           United States District Judge