UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIFE RECEIVABLES TRUST,<br><br>                  Plaintiff,<br><br>- v -<br><br>GOSHAWK SYNDICATE 102 at LLOYD'S,<br><br>                  Defendants. | 08 Civ. 3675 (LAK)<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK )
                        : SS.:
COUNTY OF NEW YORK )

    JONATHAN BARRERA, being duly sworn, deposes and says:

    1.   I am not a party to this action, am over 18 years of age, am a licensed process server (#1241578) and am employed by the firm of Seward & Kissel, One Battery Park Plaza, New York, New York, 10004.

    2.   On April 22, 2008 at approximately 1:07 p.m., I served true copies of the Order to Show Cause, signed by Judge Kaplan on April 22, 2008, Memorandum of Law in Support of Motion for Voluntary Dismissal, Affidavit of Bruce G. Paulsen in Support of Motion for an Order of Voluntary Dismissal, on Goshawk Syndicate 102 at Lloyd's, by serving its registered agent of service, Mendes & Mount, LLP, located at 750 Seventh Avenue, New York, New York

SK 23236 0003 876969

10019, by personally delivering to and leaving true copies thereof with George Lock, partner at Mendes & Mount, who stated he was authorized to accept said service on Syndicate 102's behalf.

3. I describe Mr. Lock as a Caucasian male approximately 55 years of age, approximately 5'8" tall, weighing approximately 190 lbs. with reddish hair, and blue eyes.

4. On April 22, 2008 at approximately 1:43 p.m., I served true copies of the Order to Show Cause, signed by Judge Kaplan on April 22, 2008, Memorandum of Law in Support of Motion for Voluntary Dismissal, Affidavit of Bruce G. Paulsen in Support of Motion for an Order of Voluntary Dismissal, on Goshawk Syndicate 102 at Lloyd's, by serving its attorneys, Barger & Wolen, LLP, pursuant to the order of Judge Kaplan dated April 22, 2008, located at 10 E. 40th Street, New York, New York 10016, by personally delivering to and leaving true copies thereof with Alison J. Shilling, associate at Barger & Wolen, LLP., who stated she was authorized to accept said service on Syndicate 102's behalf.

5. I describe Ms. Shilling as a Caucasian female approximately 27 years of age, approximately 5'6" tall,

weighing approximately 135 lbs. with hair, blue eyes and wore glasses.

                                                              JONATHAN BARRERA

Sworn to before me this
24rd day of April, 2008

_____
Notary Public

MICHAEL OHANESIAN
Notary Public, State of New York
No. 01OH6174070
Qualified in Queens County
Certificate filed in New York County
Commission Expires September 10, 20 11

SK 23236 0003 876969